Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com

*Attorneys for Plaintiffs*
*Axsome Therapeutics, Inc. and*
*Antecip Bioventures II LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AXSOME THERAPEUTICS, INC. and ANTECIP BIOVENTURES II LLC,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TEVA PHARMACEUTICALS, INC.,**<br><br>**Defendant.** | Civil Action No. _____<br><br>**(Filed Electronically)** |

### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, counsel for Plaintiffs Axsome Therapeutics, Inc. and Antecip Bioventures II LLC certifies the following:

1. The full names of the parties represented by me are: Axsome Therapeutics, Inc. and Antecip Bioventures II LLC.

2. Axsome Therapeutics, Inc. is publicly held and has no parent corporation. No publicly held company owns 10% or more of Axsome Therapeutics, Inc. stock.

3. Antecip Bioventures II LLC has no parent corporation and no publicly held company owns 10% or more of its stock.

Dated:  December 15, 2023

<u>Of Counsel</u>:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Catherine T. Mattes
Daniel C. Wiesner
Geoffrey A. Kirsner
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

By: <u>s/ Charles M. Lizza</u>
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey  07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Axsome Therapeutics, Inc. and*
*Antecip Bioventures II LLC*